■ MORTON OLSHAN, Individually and on Behalf of All Others Similarly Situated, et al., Appellants, v GREATER NEW YORK MUTUAL INSURANCE Co. et al., Respondents.—Order, Supreme Court, New York County, entered on April 8, 1977, unanimously affirmed on the opinion of Gellinoff, J., at Special Term. Respondents shall recover of appellants $40 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Markewich and Yesawich, JJ.